IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY LEISER,

    Plaintiff,

v.

BELINDA SCHRUBBE, R.N., DR. CHARLES LARSON, M.D., DR. DEBBE LEMKE, M.D., DR. PAUL SUMNICHT, M.D., CYNTHIA THORPE, MARK JENSEN, R.N., SANDY JACKSON, R.N., CAPTAIN CORE, SERGEANT VANDER-GALON, SR., TONIA ROZMARYNOSKI and TAMMY GIESE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-254-slc

---

This action came for consideration before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered a verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 20th day of November, 2012.

_____
Stephen L. Crocker
Magistrate Judge


_____    11/20/2012
Peter Oppeneer, Clerk of Court           Date